UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**KEVIN JAMES MORRELL,**<br><br>　　　　　Debtor. | Case No. 24-44713-357<br><br>Chapter 7 |
| **KEVIN O'NEIL,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**KEVIN JAMES MORRELL,**<br><br>　　　　　Defendant. | Adv. Proc. No. 25-04009-357 |

**AMENDED ORDER SCHEDULING TRIAL
AND ESTABLISHING RELATED DEADLINES**

　　1.　　This adversary proceeding is set for **TRIAL** as follows:

　　　　**December 15, 2025 at 9:00 a.m. Central**

　　　　Courtroom 5 North
　　　　Thomas F. Eagleton United States Courthouse
　　　　111 S. Tenth St.
　　　　St. Louis, MO  63102

　　The trial will be continued only upon a showing of exceptional circumstances.

　　2.　　**Discovery**. Unless otherwise specified by the Court, the following requirements apply to all discovery in this adversary proceeding:

　　　　a.　　**Close of discovery.** All discovery must be completed on or before **November 24, 2025**.

  b. **Certification of good faith.** Any motion related to discovery must include a certification that the movant has in good faith conferred or attempted to confer with the opposing party or counsel in an effort to resolve the dispute without court action.

  c. **Scheduling of motions.** Before filing any motion related to discovery, the movant must contact the assigned courtroom deputy to discuss scheduling issues.

3. **Trial briefs**. The parties are not required to file trial briefs. If a party elects to file a trial brief, it must be filed no later than **December 5, 2025**.

4. **Pre-trial compliance**. Unless otherwise ordered by the Court, the parties must complete the following tasks by the dates specified:

  a. **Joint stipulation**. No later than **December 5, 2025**, the parties must prepare and file a joint stipulation of uncontested facts.

  b. **Witness lists**. No later than **December 5, 2025**, each party must file and serve a list of witnesses that it will call and may call. The list must identify any witness whose testimony the party intends to present by the introduction of deposition excerpts.

  c. **Exhibit lists**. No later than **December 5, 2025**, each party must file and serve a list of exhibits that it intends to introduce into evidence at trial. The list must be consistent with Local Form 20, with an additional column to permit opposing parties to identify any objections. The list also must include any excerpts of deposition testimony and responses to written discovery that the party intends to introduce. At the same time, each party must provide all other parties legible copies of the exhibits on its list and a copy of its exhibit list in Microsoft Word format. These documents should not be filed with the Court.

  d. **Objections to exhibits**. Each party must add to the opposing party's exhibit list any objection that it has to the introduction of any exhibit into evidence. Notwithstanding Local Rule 7016(B), a party must identify not only objections to authenticity or genuineness, but also any objection based on relevance, hearsay, privilege, unfair prejudice, settlement communications, or any other matter affecting the admissibility of an exhibit. In the case of deposition testimony, the party also must list any objection to the use of the testimony at trial under Federal Rule of Civil Procedure 32. If an objection applies only to a portion of an exhibit, the objecting party must identify the objectionable portion, including applicable page and line numbers of deposition excerpts. The objecting party must return the exhibit list, with its objections, to the propounding party no later than **10:00 a.m. Central on December 10, 2025**. The propounding party

must compile all objections received into a single amended exhibit list and file and serve that document no later than **11:59 p.m. Central on December 10, 2025**.

   e.  **Exhibit binders**. No later than **3:00 p.m. on December 12, 2025**, each party must deliver two (2) sets of binders containing legible copies of its proposed exhibits to the Office of the Clerk of the Court, Thomas F. Eagleton United States Courthouse, 4th Floor, 111 S. 10th St., St. Louis, MO 63102. Each party also must bring to trial additional sets of binders for use by witnesses, opposing counsel, and any unrepresented parties.

  5.  The parties are encouraged to prepare a joint set of exhibit binders if the volume of documents permits.

  6.  Federal Rule of Bankruptcy Procedure 9006 governs the calculation of deadlines in this Order.

  7.  Local Rule 7016 governs pre-trial procedures except to the extent that this Order provides different procedures or deadlines.

Dated: September 3, 2025  
St. Louis, Missouri  
cjs

            /s/ Brian C. Walsh  
            Brian C. Walsh  
            United States Bankruptcy Judge

Serve:

**Kevin O'Neil**  
The O'Neil Group  
PO Box 1385  
Colorado Springs, CO 80901

**Joe David Jacobson**  
Jacobson Press P.C.  
222 South Central Avenue, Ste 550  
Clayton, MO 63105

**Kevin James Morrell**  
2019 S. Mason Road  
Saint Louis, MO 63131

**David M. Dare**  
Herren, Dare & Streett  
439 S. Kirkwood Road, Suite 204  
St. Louis, MO 63122