IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re KEVIN JAMES MORRELL, | ) | Case No. 24-44713 |
| Debtor, | ) | |
| | ) | |
| KEVIN O'NEIL, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| KEVIN JAMES MORRELL, | ) | Adv. No. 25-04009 |
| Defendant. | ) | |

**DEFENDANTS CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

COMES NOW Defendant Kevin James Morrell, by and through his undersigned counsel, and certifies to the Court that on February 6, 2026, DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT and DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT and documents produced pursuant to Plaintiff's requests were served by electronic mail to counsel for Plaintiff, Joseph D. Jacobson, at Jacobson@ArchCityLawyers.com.

1

Herren, Dare & Streett


_____/s/ David M. Dare_____
David M. Dare # 35965
439 S. Kirkwood Road, Ste. 204.
St. Louis, MO 63122
(314) 965-3373
(314) 965-2225 Facsimile
ddare@hdsstl.com

Attorneys for Defendant
Kevin J. Morrell