**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.  24-44713 |
| **In re KEVIN JAMES MORELL**, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Adversary No. 25-04009 |
| **KEVIN O'NEIL,** | ) | |
| | ) | **POTENTIAL WITNESS LIST OF** |
| Plaintiff | ) | **DEFENDANT KEVIN JAMES** |
| v. | ) | **MORRELL** |
| | ) | |
| **KEVIN JAMES MORRELL,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Defendant Kevin James Morrell and submits its proposed witness list:

1. Kevin James Morrell. Defendant

2. Kevin O'Neil, Plaintiff; and

3. Jane Morrell, as needed.


HERREN, DARE & STREETT


/s/ David M. Dare
David M. Dare, #35965MO
439 S. Kirkwood Road, Ste. 204
St. Louis, MO  63122
(314) 965-3373/ (314) 965-2225 fax
E-Mail: ddare@hdsstl.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system on March 16, 2026.

/s/ */s/ David M. Dare*
David M. Dare