IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re KEVIN JAMES MORRELL,       )
                                 )     Case No. 24-44713
                    Debtor,      )
                                 )
_____)
                                 )
KEVIN O'NEIL,                    )
                                 )
                    Plaintiff,   )
                                 )
vs.                              )
                                 )     Adv. No. 25-04009
KEVIN JAMES MORRELL,             )
                                 )
                    Defendant.   )

## EXHIBIT LIST

| No. | Description | Objection | Rec'd. | Date |
|-----|-------------|-----------|--------|------|

Ex. A   Personal Guaranty
Ex. B   Morrell Personal Financial Statement
Ex. C   Second Amended and Restated Operating
Agreement of GS Vista LLC
Ex. D   Jane M. Morrell Revocable Trust
Ex. E   Signature Page of 2nd Amended &
Restated Operating Agreement of GS Vista
Ex. F   Letter GS 2021 K1
Ex. G   Letter GS 2022 K1
Ex. H   Plaintiff's Response to Defendant's
Request for the Production of Documents
Ex. I   Deed of Primary Residence
Ex. J   Morrell Personal Property List
With Receipts
Ex. K   Union BGI LLC Deed for purchase
Of Vista Apartments

TRANSCRIPT EXCERPTS Kevin O'Neil
Deposition Transcript
Page 6, Line 9 through 14
Page 7, Line 16 through page 31, Line 13.

HERREN, DARE & STREETT

By:  /s/ David M. Dare
David M. Dare #35965
439 South Kirkwood Road Suite 204
St. Louis, Missouri 63122
(314) 965-3373
(314) 965-2225 Fax
ddare@hdsstl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on the 16th day of March, 2026, with the United States Bankruptcy Court, and has been served on counsel for Plaintiff, Joe D. Jacobson via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

HERREN, DARE & STREETT

By:  /s/ David M. Dare
David M. Dare #35965
439 South Kirkwood Road Suite 204
St. Louis, Missouri 63122
(314) 965-3373
(314) 965-2225 Fax
ddare@hdsstl.com