IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re KEVIN JAMES MORRELL | ) | Case No. 24-44713 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KEVIN O'NEIL, | ) | Adversary Case |
| | ) | No. 25-04009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Trial |
| KEVIN JAMES MORRELL, | ) | Date: March 24, 2026 |
| | ) | Time: 9:00 a.m. Central |
| Defendant. | ) | |

## PARTIES' JOINT STIPULATIONS

Plaintiff Kevin O'Neil ("O'Neil") and defendant Kevin James Morrell ("Morrell") stipulate to the following facts for trial:

1. Plaintiff's exhibits 1 through 7 and 10 through 16 are joint exhibits and are stipulated as admissible.

2. Exhibit 1 is a personal guarantee give by Morrell to O'Neil. Phillip Hulse is jointly and severally bound under the personal guarantee.

3. Exhibit 1 is a personal financial statement dated December 30, 2020, given by Morrell to O'Neil on or shortly after that date.

1

4.  Exhibit 3 is Jane Morrell's revocable trust. This trust was in existence in 2020 and remains in force today. Morrell and his wife, Jane Morrell, are co-trustees of this trust.

5.  Exhibit 10 is an inventory of Kevin and Jane Morrell's personal property prepared by or on behalf of Morrell.

6.  Exhibit 11 is a collection of invoices, receipts, credit card account statements, and cleared checks that were collected and organized by Morrell. Exhibit 11 provides backup for the inventory document Exhibit 10.

7.  Exhibit 16 are document requests submitted by O'Neil to Morrell and Exhibit 17 are Morrell's responses to those document requests.

8.  Exhibit 17 is a demand letter sent by O'Neil to Morrell and Phillip Hulse on or about February 9, 2024 and received by Morrell soon thereafter.

2

HERREN, DARE & STREETT

By:   /s/ David M. Dare
      David M. Dare # 35965
      439 S. Kirkwood Road, Ste. 204.
      S1. Louis, MO 63122
      (314) 965-3373
      (314) 965-2225 Facsimile
      ddare@hdsstl.com
      Attorneys for Defendant
      Kevin J. Morrell

JACOBSON PRESS P.C.

By:   /s/ Joe D. Jacobson
      Joe D. Jacobson #33715
      222 South Central Ave., Suite 550
      Clayton, Missouri 63105
      Direct: (314) 899-9790
      Fax: (314) 899-9790
      Office General: (314) 899-9789
      Jacobson@ArchCityLawyers.com

      SOLOMON | ARIEH
      David R. Keesling, Pro hac vice
      Oklahoma Bar No. 17881
      Destyn D. Stanton, Pro hac vice
      Oklahoma Bar No. 31718
      401 S. Boston Avenue, Suite 2300
      Tulsa, OK 74103
      Telephone: (918) 631-7770
      dkeesling@solomon-arieh.com
      dstanton@solomon-arieh.com

      Attorneys for plaintiff-creditor Kevin
      O'Neil

3

## CERTIFICATE OF SERVICE

The filing attorney certifies that on March 16, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system.