IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re KEVIN JAMES MORRELL | ) | Case No. 24-44713 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KEVIN O'NEIL, | ) | Adversary Case |
| | ) | No. 25-04009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Trial |
| KEVIN JAMES MORRELL, | ) | Date: March 24, 2026 |
| | ) | Time: 9:00 a.m. Central |
| Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff Kevin O'Neil intends to call the following witnesses at trial:

1. Plaintiff Kevin O'Neil.

2. Defendant Kevin James Morrell.

3. Jane Morrell.

1

JACOBSON PRESS P.C.

By:  /s/ Joe D. Jacobson
Joe D. Jacobson #33715
222 South Central Ave., Suite 550
Clayton, Missouri 63105
Direct: (314) 899-9790
Fax: (314) 899-9790
Office General: (314) 899-9789
Jacobson@ArchCityLawyers.com

SOLOMON | ARIEH
David R. Keesling, Pro hac vice
Oklahoma Bar No. 17881
Destyn D. Stanton, Pro hac vice
Oklahoma Bar No. 31718
401 S. Boston Avenue, Suite 2300
Tulsa, OK 74103
Telephone: (918) 631-7770
dkeesling@solomon-arieh.com
dstanton@solomon-arieh.com

Attorneys for plaintiff-creditor Kevin
O'Neil

## CERTIFICATE OF SERVICE

The filing attorney certifies that on March 16, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system.

2