IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re KEVIN JAMES MORRELL | ) | Case No. 24-44713 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KEVIN O'NEIL, | ) | Adversary Case |
| | ) | No. 25-04009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Trial |
| KEVIN JAMES MORRELL, | ) | Date: March 24, 2026 |
| | ) | Time: 9:00 a.m. Central |
| Defendant. | ) | |

**JOINT INDEX OF EXHIBITS**

Plaintiff Kevin O'Neil and defendant Kevin Morrell jointly designates

the following exhibits for use at trial:

| No. | Description | Objection | Rec'd (Y/N) | Date |
|---|---|---|---|---|
| | Plaintiff's exhibits | | | |
| 1 | Personal guaranty | Stipulated | | |
| 2 | Morrell financial statement dated 12/30/2020 | Stipulated | | |
| 3 | Jane Morrell revocable trust | Stipulated | | |
| 4 | 2021 Form K1 | Stipulated | | |

1

| No. | Description | Objection | Rec'd (Y/N) | Date |
|---|---|---|---|---|
| 5 | 2022 Form K1 | Stipulated | | |
| 6 | GS Vista operating agreement | Stipulated | | |
| 7 | Deed to Morrell primary residence | Stipulated | | |
| 8 | Creditor meeting transcript | No objection | | |
| 9 | Jane Morrell deposition transcript | No objection | | |
| 10 | Morrell Personal Property Inventory | Stipulated | | |
| 11 | Morrell Personal Property Receipts | Stipulated | | |
| 12 | Deed conveying the Vista Apartments | Stipulated | | |
| 13 | Vista Apartments property tax bill 2024 | Stipulated | | |
| 14 | Vista Apartments property tax bill 2025 | Stipulated | | |
| 15 | O'Neil request for production of documents | Stipulated | | |
| 16 | Morrel responses to O'Neil request for production of documents | Stipulated | | |
| 17 | O'Neil demand letter | No objection | | |
| 18 | Damage calculation | No objection | | |

| No. | Description | Objection | Rec'd (Y/N) | Date |
|---|---|---|---|---|
| 8 | With respect to the transcript of the creditors' meeting, plaintiff proposes to offer the following excerpts: | | | |
| | Page 7 line 17 to Page 8 line 6 [7:17-8:6] | No objection | | |
| | 10:12-15:8 | No objection | | |
| | 16:6-28:19 | No objection | | |
| | 29:8-55:20 | No objection | | |
| | 61:8-70:8 | No objection | | |
| | 81:19-82:2 | No objection | | |
| | 88:8-91:5 | No objection | | |
| | 92:12-93:9 | No objection | | |
| | 94:6-23 | No objection | | |
| | 108:24-112:14 | No objection | | |
| | 113:21-115:1 | No objection | | |
| 9 | With respect to the deposition of Jane Morrell, plaintiff proposes to offer the following excerpts: | | | |
| | 6:7-13 | No objection | | |
| | 9:1-21 | No objection | | |
| | 10:1-11 | No objection | | |
| | 10:23-12:15 | No objection | | |
| | 12:24-13:10 | No objection | | |

| No. | Description | Objection | Rec'd (Y/N) | Date |
|---|---|---|---|---|
| | 14:9-15:22, 16:23-17:9 | No objection | | |
| | 18:17-19:15 | No objection | | |
| | 22:16-23:5 | No objection | | |
| | 24:20-25:14 | No objection | | |
| | 27:9-17-28:5 | No objection | | |
| | 28:25-29:9 | No objection | | |
| | 30:22-31:9 | No objection | | |
| | 31:19-32:8 | No objection | | |
| | 32:24-33:16 | No objection | | |
| | 40:18-41:24 | No objection | | |
| | 44:22-45:23 | No objection | | |
| | 49:10-19 | No objection | | |
| | 55:6-8, 19-57:5 | No objection | | |
| | 59:1-4 | No objection | | |
| | 62:16-63:5 | No objection | | |
| | 64:2-13 | No objection | | |
| | 70:9-21 | No objection | | |
| | 71:23-73:16 | No objection | | |
| | 76:15-21 | No objection | | |
| | 80:8-15 | No objection | | |
| | 84:1-9 | No objection | | |
| | (Defendant's exhibits begin next page) | | | |

| No. | Description | Objection | Rec'd (Y/N) | Date |
|---|---|---|---|---|
| | Defendant's exhibits | No objection | | |
| A | Personal Guaranty (same as P. 1) | No objection | | |
| B | Morrell Personal Financial Statement (same as P. 2) | No objection | | |
| C | Second Amended and Restated Operating Agreement of GS Vista LLC (same as P. 6) | No objection | | |
| D | Jane M. Morrell Revocable Trust (same as P. 3) | No objection | | |
| E | Signature Page of 2nd Amended & Restated Operating Agreement of GS Vista | No objection | | |
| F | Letter GS-2021 K1 (same as P. 4) | No objection | | |
| G | Letter GS 2022 K1 (same as P. 5) | No objection | | |
| H | Plaintiff's Response to Defendant's Request for the Production of Documents | No objection | | |
| I | Deed of Primary Residence (same as P. 7) | No objection | | |

| No. | Description | Objection | Rec'd (Y/N) | Date |
|---|---|---|---|---|
| J | Morrell Personal Property List With Receipts (same as P. 10 + P. 11) | No objection | | |
| K | Union BGI LLC Deed for purchase of Vista Apartments (same as P. 12) | No objection | | |
| | Excerpts from the Deposition of Kevin O'Neil | | | |
| | Page 6, Line 9 through 14 | No objection | | |
| | Page 7, Line 16 through Page 31, Line 13 | No objection | | |

HERREN, DARE & STREETT

By:   /s/ David M. Dare
      David M. Dare # 35965
      439 S. Kirkwood Road, Ste. 204.
      S1. Louis, MO 63122
      (314) 965-3373
      (314) 965-2225 Facsimile
      ddare@hdsstl.com
      Attorneys for Defendant
      Kevin J. Morrell

JACOBSON PRESS P.C.

By:   /s/ Joe D. Jacobson
      Joe D. Jacobson #33715
      222 South Central Ave., Suite 550
      Clayton, Missouri 63105
      Direct: (314) 899-9790
      Fax: (314) 899-9790
      Office General: (314) 899-9789
      Jacobson@ArchCityLawyers.com

      SOLOMON | ARIEH
      David R. Keesling, Pro hac vice
      Oklahoma Bar No. 17881
      Destyn D. Stanton, Pro hac vice
      Oklahoma Bar No. 31718
      401 S. Boston Avenue, Suite 2300
      Tulsa, OK 74103
      Telephone: (918) 631-7770
      dkeesling@solomon-arieh.com
      dstanton@solomon-arieh.com

      Attorneys for plaintiff-creditor Kevin
      O'Neil

7

## CERTIFICATE OF SERVICE

The filing attorney certifies that on March 19, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system.