**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 24-44713-357** |
| **KEVIN JAMES MORRELL,** | **Chapter 7** |
| **Debtor.** | |
| **KEVIN O'NEIL,** | |
| **Plaintiff,** | |
| **v.** | **Adv. Proc. No. 25-04009-357** |
| **KEVIN JAMES MORRELL,** | |
| **Defendant.** | |

## JUDGMENT

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, the Court ADJUDGES AND DECREES as follows:

1.     Judgment in this adversary proceeding is entered in favor of Defendant Kevin Morrell and against Plaintiff Kevin O'Neil.

2.     Defendant's debts to Plaintiff are NOT EXCEPTED from Defendant's discharge dated July 1, 2025.

3.     The parties shall bear their own costs.

Dated:  July 6, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Copies to:

**Kevin O'Neil**
The O'Neil Group
PO Box 1385
Colorado Springs, CO 80901

**Joe David Jacobson**
Jacobson Press P.C.
222 South Central Avenue
Ste 550
Clayton, MO 63105

**Destyn D. Stanton**
Solomon Arieh
401 S. Boston Avenue
Suite 2300
Tulsa, OK 74103

**Kevin James Morrell**
2019 S. Mason Road
Saint Louis, MO 63131

**David M. Dare**
Herren, Dare & Streett
439 S. Kirkwood Road
Suite 204
St. Louis, MO 63122