## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In re:

**KEVIN JAMES MORRELL,**

Debtor.

**Case No. 24-44713-357**

**Chapter 7**

**KEVIN O'NEIL,**

Plaintiff,

v.

**KEVIN JAMES MORRELL,**

Defendant.

**Adv. Proc. No. 25-04009-357**

### JUDGMENT

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, the Court ADJUDGES AND DECREES as follows:

1.      Judgment in this adversary proceeding is entered in favor of Defendant Kevin Morrell and against Plaintiff Kevin O'Neil.

2.      Defendant's debts to Plaintiff are NOT EXCEPTED from Defendant's discharge dated July 1, 2025.

3.      The parties shall bear their own costs.

Dated:  July 6, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Copies to:

**Kevin O'Neil**
The O'Neil Group
PO Box 1385
Colorado Springs, CO 80901

**Joe David Jacobson**
Jacobson Press P.C.
222 South Central Avenue
Ste 550
Clayton, MO 63105

**Destyn D. Stanton**
Solomon Arieh
401 S. Boston Avenue
Suite 2300
Tulsa, OK 74103

**Kevin James Morrell**
2019 S. Mason Road
Saint Louis, MO 63131

**David M. Dare**
Herren, Dare & Streett
439 S. Kirkwood Road
Suite 204
St. Louis, MO 63122

United States Bankruptcy Court

Eastern District of Missouri

O'Neil,

    Plaintiff

                                                       Adv. Proc. No. 25-04009-bcw

Morrell,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: pdfo1 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Kevin James Morrell, 2019 S. Mason Road, Saint Louis, MO 63131-1620 |
| pla | + Kevin O'Neil, The O'Neil Group, PO Box 1385, Colorado Springs, CO 80901-1385 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion13.sl.ecf@usdoj.gov | Jul 07 2026 03:18:00 | Office of US Trustee, 111 S Tenth St, Ste 6.353, St. Louis, MO 63102-1127 |
| ust | + Email/Text: ustpregion13.sl.ecf@usdoj.gov | Jul 07 2026 03:18:00 | Paul A. Randolph, Office of U.S. Trustee, 111 S. 10th St., Ste. 6353, St. Louis, MO 63102-1125 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                 Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David M. Dare | on behalf of Defendant Kevin James Morrell ddare@hdsstl.com |
| Destyn D. Stanton | on behalf of Plaintiff Kevin O'Neil dstanton@solomon-arieh.com |

District/off: 0865-4                         User: admin                                  Page 2 of 2

Date Rcvd: Jul 06, 2026                     Form ID: pdfo1                              Total Noticed: 4

Joe David Jacobson
                        on behalf of Plaintiff Kevin O'Neil jacobson@archcitylawyers.com


TOTAL: 3